**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7427**

_____

VIRGILIO PENALOZA,

                Plaintiff - Appellant,

      v.

HUBBERT, Dr., Dentist at Piedmont Regional Jail, sued in
personal capacity; GORDON, Doctor at Piedmont Regional Jail,
sued in personal capacity,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge. (3:12-cv-00565-REP)

_____

Submitted:  February 3, 2015        Decided:  March 4, 2015

_____

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Virgilio Penaloza, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virgilio Penaloza appeals the district court's order dismissing his action without prejudice. We have reviewed the record and find no abuse of discretion. Shao v. Link Cargo (Taiwan) Ltd., 986 F.2d 700, 708 (4th Cir. 1993) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED